| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E | U.S. District Court | 05/11/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 123 East Walnut Street Des Moines, Iowa 50309 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 P 12: 2_ FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. Piper Jaffray Prime Obligations | | | J | T | | | | | |
| 3. Columbia Acorn Tr Fund A | | | L | T | | | | | |
| 4. Euro Pac Growth Fd Cl F | | | J | T | | | | | |
| 5. Ishares Tr S&P 500 Index | A | Dividend | J | T | Partial Sale | 2/2 | J | A | |
| 6. | | | | | Partial Sale | 10/23 | J | A | |
| 7. Templeton Foreign Fd Cl A | | | J | T | Partial Sale | 4/19 | J | A | |
| 8. IRA #1 | | | | | | | | | |
| 9. Piper Jaffray Prime Obligations | | | J | T | | | | | |
| 10. Alliance Bernstein Int'l Val A | | | L | | | | | | |
| 11. Alliance Bernstein Sm/Md Val | | | K | | Buy | 4/19 | K | | |
| 12. Amcap Fund F | | | K | | | | | | |
| 13. Euro Pac Growth Fd Cl F | | | K | | Partial Sale | 4/19 | J | C | |
| 14. Fidelity New Insights Fd A | | | K | | | | | | |
| 15. Fidelity Adv Sr Viii Div Int'l | | | K | | | | | | |
| 16. Fidelity Adv Midcap | | | J | | Buy | 4/20 | J | | |
| 17. Franklin Value Invs. Tr. | | | | | Sold | 4/19 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting<br><br>Gritzner, James E | Date of Report<br><br>05/11/2007 |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Mfs Ser Tr Ix Research A | | | K | | | | | | |
| 19. Mutual Ser Fd Shs Cl A | | | K | | Partial Sale | 4/19 | K | C | |
| 20. IRA #2 | | | | | | | | | |
| 21. Piper Jaffray Prime Obligations | | | K | T | | | | | |
| 22. AT&T | | | | | Sold | 4/27 | J | A | |
| 23. Agilent Technologies Inc | | | J | | | | | | |
| 24. Aetna Inc New | | | J | | | | | | |
| 25. Albertsons Inc | | | | | Sold | 2/2 | J | A | |
| 26. Aon Corp | | | J | | | | | | |
| 27. Apache Corp | | | J | | Buy | 9/15 | J | | |
| 28. Bank of America | | | | | | | | | |
| 29. Barrick Gold Corp | | | J | | | | | | |
| 30. Burlington Resources Inc | | | | | | | | | |
| 31. CBS Corp New Cl B | | | J | | Exchange | 1/4 | | | |
| 32. Citigroup Inc | | | J | | | | | | |
| 33. Clear Channel | | | J | | Buy | 8/31 | J | | |
| 34. Comcast Corp Cl A | | | J | | Buy | 1/23 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>● =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 2/6 | J | | |
| 36. Computer Assoc Int'l Inc | | | J | | Buy | 3/15 | J | | |
| 37. Conocophillips | | | J | | | | | | |
| 38. Countrywide | | | J | | | | | | |
| 39. Delphi Corp | | | | | | | | | |
| 40. Discovery Holdg Co Ser A | | | | | Partial Sale | 11/15 | J | A | |
| 41. Dominion Res. Inc VA New | | | | | | | | | |
| 42. Fannie Mae | | | J | | | | | | |
| 43. Freescale Semiconductor B | | | | | | | | | |
| 44. Genworth Financial Cl A | | | J | | | | | | |
| 45. Hartford Finl Svs. Group | | | J | | Buy | 8/3 | J | | |
| 46. Ingersoll Rand Co Ltd A | | | J | | Buy | 3/15 | J | | |
| 47. International Paper Co | | | J | | | | | | |
| 48. JPmorgan Chase & Co. | | | J | | | | | | |
| 49. Kerr-McGee | | | | | Exch/Sold | 8/11 | J | D | |
| 50. Kimberly-Clark Corp. | | | J | | | | | | |
| 51. Liberty Media Corp A New | | | J | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lockheed Martin Corp | | | | | Partial Sale | 3/15 | J | A | |
| 53. MGIC Invt. Corp | | | J | | | | | | |
| 54. Microsoft Corp | | | J | | | | | | |
| 55. Motorola Corp | | | J | | | | | | |
| 56. Nobel Energy | | | J | | | | | | |
| 57. Northrop Grumman Corp | | | | | Partial Sale | 8/30 | J | A | |
| 58. | | | | | Partial Sale | 10/12 | J | A | |
| 59. | . | | | | Sold | 10/23 | J | A | |
| 60. Pitney Bowes | | | J | | | | | | |
| 61. Posco Spons Adr | | | J | | | | | | |
| 62. Radian Group | | | J | | | | | | |
| 63. Raytheon Co New | | | J | | | | | | |
| 64. Rio Tinto Plc Spons Adr | | | J | | Partial Sale | 1/5 | J | B | |
| 65. | | | | | Partial Sale | 7/7 | J | B | |
| 66. Safeway Inc New | | | | | | | | | |
| 67. Sprint Nextel Group | | | | | Sold | 4/27 | J | A | |
| 68. Transocean | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Tyson Foods, Inc Cl A | | | J | | | | | | |
| 70. Union Pacific Corp | | | J | | | | | | |
| 71. Verizon Communications | | | | | Sold | 4/27 | J | A | |
| 72. Viacom Inc Cl B | | | J | | Buy | 1/5 | J | | |
| 73. | | | | | Buy | 3/6 | J | | |
| 74. Wachovia Corp New | | | J | | | | | | |
| 75. US Steel | | | | | Buy | 9/27 | J | | |
| 76. IRA #3 | | | | | | | | | |
| 77. Piper Jaffray Prime Obligations | | | J | T | | | | | |
| 78. Abbott Labs | | | J | | Buy | 1/31 | J | | |
| 79. Aflac Inc | | | | | | | | | |
| 80. Amer Int'l Group Inc | | | J | | | | | | |
| 81. Amgen Inc | | | J | | | | | | |
| 82. Anheuser Busch Cos Inc | | | | | | | | | |
| 83. Aon Corp | | | J | | Buy | 11/29 | J | | |
| 84. Apple Computer | | | J | | Buy | 2/17 | J | | |
| 85. | | | | | Buy | 4/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Baker Hughes Inc | | | | | Sold | 7/24 | J | A | |
| 87. Bank of New York | | | J | | | | | | |
| 88. Baxter Intl | | | J | | Buy | 7/14 | J | | |
| 89. Bed Bath & Beyond Inc | | | J | | | | | | |
| 90. Carnival Corp | | | | | Sold | 9/15 | J | | |
| 91. Chicos Fas | | | J | | Buy | 3/22 | J | | |
| 92. Cintas Corp | | | J | | Buy | 1/5 | J | | |
| 93. Cisco Systems Inc | | | J | | | | | | |
| 94. Citigroup Inc | | | J | | Partial Sale | 10/19 | J | A | |
| 95. Colgate Palmolive Co | | | | | Partial Sale | 2/2 | J | A | |
| 96. | | | | | Sold | 6/16 | J | A | |
| 97. Costco Whsl | | | J | | Buy | 9/28 | J | | |
| 98. Danaher | | | | | Buy | 1/30 | J | | |
| 99. | | | | | Partial Sale | 4/4 | J | A | |
| 100. | | | | | Sold | 6/30 | J | A | |
| 101. Davita Inc | | | J | | Buy | 4/21 | J | | |
| 102. Dell Inc | | | J | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Partial Sale | 4/19 | J | | |
| 104. Disney Walt Company | | | J | | Partial Sale | 5/17 | J | A | |
| 105. Electric Arts | | | J | | Buy | 4/19 | J | | |
| 106. EMC Corp | | | J | | Buy | 7/21 | J | | |
| 107. Emerson Electric Co | | | J | | Buy | 5/25 | J | | |
| 108. First Data Corp | | | J | | Bujy | 1/18 | J | | |
| 109. Franklin Resources | | | J | | Buy | 5/12 | J | | |
| 110. | | | | | Sold | 9/26 | J | | |
| 111. Gannett Co Inc | | | | | | | | | |
| 112. General Electric Co. | | | J | | | | | | |
| 113. Goldman Sachs | | | | | | | | | |
| 114. Harley Davidson Inc | | | | | | | | | |
| 115. Honeywell Intl Inc | | | | | Partial Sale | 3/22 | J | A | |
| 116. | | | | | Buy | 6/30 | J | | |
| 117. | | | | | Sold | 12/8 | J | A | |
| 118. Illinois Tool Works Inc | | | J | | Buy | 3/7 | J | | |
| 119. | | | | | Partial Sale | 5/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100.001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Intel Corp | | | | | Sold | 1/24 | J | | |
| 121. | | | J | | Buy | 8/1 | J | | |
| 122. Int'l Business Mach Corp | | | | | | | | | |
| 123. Johnson & Johnson | | | | | Partial Sale | 4/17 | J | A | |
| 124. | | | | | Sold | 7/14 | J | A | |
| 125. Kohl's Corp | | | | | Partial Sale | 3/20 | J | A | |
| 126. | | | | | Partial Sale | 11/13 | J | A | |
| 127. Lauder Estee | | | J | | Buy | 2/2 | J | | |
| 128. Lilly Eli & Co | | | | | Sold | 1/31 | J | | |
| 129. Linear Technology Corp | | | | | Partial Sale | 11/13 | J | A | |
| 130. Lowes Companies Inc | | | | | Sold | 1/30 | J | A | |
| 131. MBNA Corp | | | | | | | | | |
| 132. McGraw Hill | | | J | | Buy | 9/29 | J | | |
| 133. Medco Health Solutions | | | | | Partial Sale | 9/27 | J | A | |
| 134. | | | | | Sold | 10/2 | J | A | |
| 135. Medtronic Inc | | | J | | Partial Sale | 7/12 | J | A | |
| 136. Microsoft Corp | | | J | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley | | | | | Partial Sale | 9/27 | J | A | |
| 138. | | | | | Sold | 10/2 | J | A | |
| 139. Nike Inc | | | J | | Buy | 9/28 | J | | |
| 140. Nokia Corp | | | J | | Buy | 10/16 | J | | |
| 141. Northern Trust | | | | | Buy | 1/27 | J | | |
| 142. | | | | | Partial Sale | 5/15 | J | A | |
| 143. | | | | | Sold | 8/7 | J | A | |
| 144. Novartis Ag Spons ADR | | | J | | | | | | |
| 145. Omnicom Group Inc | | | | | | | | | |
| 146. Oracle | | | | | Partial Sale | 4/27 | J | A | |
| 147. | | | | | Partial Sale | 8/1 | J | A | |
| 148. | | | | | Sold | 11/17 | J | A | |
| 149. Pepsico Incorporated | | | J | | | | | | |
| 150. Pfizer Incorporated | | | | | | | | | |
| 151. Proctor & Gamble Co | | | | | Partial Sale | 12/8 | J | A | |
| 152. Qualcomm Inc | | | J | | | | | | |
| 153. Rockwell Automation | | | | | Buy | 6/28 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SLM Corp | | | | | Buy | 12/5 | J | | |
| 155. Starbucks Corporation | | | | | Sold | 5/1 | J | A | |
| 156. Stryker Corp | | | | | | | | | |
| 157. Sysco Corporation | | | | | Partial Sale | 2/2 | J | | |
| 158. | | | | | Sold | 5/4 | J | | |
| 159. Target Corp | | | J | | Partial Sale | 10/18 | J | A | |
| 160. Texas Instruments Inc | | | J | | | | | | |
| 161. Total SA Spons ADR | | | J | | Buy | 10/16 | J | | |
| 162. 3M Co | | | | | | | | | |
| 163. UPS | | | J | | Buy | 8/24 | J | | |
| 164. United Technologies Corp | | | J | | | | | | |
| 165. United Health Grp Inc | | | J | | Partial Sale | 9/27 | J | A | |
| 166. | | | | | Partial Sale | 10/2 | J | A | |
| 167. XTO Energy | | | | | Buy | 6/27 | J | | |
| 168. Zimmer Holdings Inc | | | | | | | | | |
| 169. West Des Moines State Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

5/11/07

NOT                                                             LE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544